**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-80190-CIV-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

Petitioner,

v.

ROBERT JULIEN, as
President of Beekman Vista, Inc.,

Respondent.
______________________________/

**ORDER ENFORCING SUMMONS**

THE COURT issued on February 19, 2015 an order to show cause requesting that Respondent show cause in writing within ten days why the petition to enforce the Internal Revenue Summons should not be enforced in light of the February 18, 2015 order on remand in *United States of America v. Clarke*, Case No. 11-80456. The Court received Respondent's response to the order to show cause on March 2, 2015. It is hereby

ORDERED AND ADJUDGED that the Internal Revenue Summons issued in this matter on September 1, 2011 shall be enforced for the reasons stated in the February 18, 2015 order on remand in *United States of America v. Clarke*, Case No. 11-80456. The Court declines to stay this matter pending any appeal of Case No. 11-80456. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 6th day of March, 2015.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE